IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01832-ZLW

TOM W. BARRUS,

    Plaintiff,

v.

NANCY A. HOPF,
CHRISTINE E. SCHOBER,
AMY E. RICHARDS,
JACQUELINE R. GUESNO,
STEPHEN B. MCCROHAN,
JAMES F. O'CONNOR, and
DAVID S. KAPLAN,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 9 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the letter to the Court that Plaintiff Tom W. Barrus submitted *pro se* on March 9, 2007, asking this Court to vacate its denial of his motion for leave to proceed pursuant to 28 U.S.C. § 1915 on appeal. On December 20, 2006, the amended complaint and the instant action were dismissed without prejudice pursuant to *Younger v. Harris*, 401 U.S. 37, 35 (1971). According to the court records for the United States Court of Appeals for the Tenth Circuit, the Tenth Circuit on March 5, 2007, directed Mr. Barrus to submit to the Tenth Circuit by April 16, 2007, a § 1915 motion seeking leave to proceed on appeal pursuant to § 1915. Therefore, Mr. Barrus's March 9 request to this Court is DENIED as unnecessary. In addition, pursuant to D.C.COLO.LCivR 77.2 no party to an action shall send letters, pleadings, or other papers directly to a judicial officer. The clerk of the Court is directed to strike any further *ex parte* correspondence with judicial officers that Plaintiff submits in this action.

Dated: March 19, 2007

Copies of this Minute Order mailed on March 19, 2007, to the following:

Tom W. Barrus
Prisoner No. 200500008196
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

                                         Secretary/Deputy Clerk